IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  CHAPTER 7 CASE NO. 09-11552

MICHAEL J. LOPARO  JUDGE PAT E. MORGENSTERN-CLARREN
DIANE M. LOPARO

Debtor(s)  CK 1009  #152286

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

Idlewood Plaza Ltd. (Claim #5)

6181 Mayfield Road, Suite 204

Mayfield Heights, OH 44124-3222

Replaces Ck. #1007 dated 1/20/11

Amount: $1,558.71

2. Your Trustee's Check No. 1009 for $1,558.71 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628

Per 11 U.S.C. 347(a)